UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ELLEN C. THOMPSON,

    Plaintiff,

vs.

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

    Defendant.

Case No. 3:21-cv-331

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

### ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

Date:  August 16, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge